# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

ROBERT ALLEN DURSCHLAG,
Defendant.

FILED by _____ D.C.
MAG. SEC.

JUL 1 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-2829-Turnoff

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about January 12, 2004 through on or about April 14, 2004, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant did knowingly and with intent to defraud, execute a scheme or artifice to defraud a financial institution, specifically a federally insured bank, and obtained moneys, funds, credits, assets, securities or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations or promises, in violation of Title 18, United States Code, Section 1344.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____
Signature of Complainant
BRAD CROOK, USSS
JULY 12, 2004

Sworn to before me, and subscribed in my presence,

7/12/04 _____
Date

at Miami, Florida
City and State

WILLIAM C. TURNOFF
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR ARREST WARRANT

1.  I, Brad C. Crook, being duly sworn, depose and state that I am a Special Agent with the United States Secret Service and have been so employed since June of 2001. I am presently assigned to the South Florida Organized Fraud Task Force, investigating credit card fraud, bank fraud, mail and wire fraud cases and other fraudulent schemes involving organized fraud groups, both in and out of the United States.

2.  I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code, Section 3056.

3.  I have participated in the investigation of the above offenses. The information in this affidavit is based on personal knowledge and conversations with other law enforcement personnel and bank officials. Because this affidavit is submitted solely for the purpose of establishing probable cause in support of a criminal complaint, it does not contain all the information your affiant has learned as part of the investigation.

4.  On April 20, 2004, SunTrust Fraud Investigator Mike Genduso contacted your affiant regarding a suspected bank fraud being perpetrated by SunTrust customer Robert A. DURCHSLAG. Genduso advised your affiant that a customer named Robert A. DURCHSLAG opened SunTrust checking account #1000016274945 on or about January 12, 2004, at the SunTrust Bank branch located at 3115 South University Drive, Davie, Florida. To open the account, DURCHSLAG provided social security number ending in 2484, a date of birth of March 15, 1956, and he presented Louisiana Driver's License # 008691571, bearing his name, Robert Allen DURCHSLAG.

5.  On April 8, 2004, DURCHSLAG deposited into his Sun Trust checking account number 1000016274945 a personal check, number 2679, in the amount of $65,000.00, drawn on an account number 2036485372, in his name, at Hibernia National Bank in New Orleans, Louisiana. Credit was given to his SunTrust account almost immediately.

6.  Later the same day, April 8, 2004, Robert A. DURCHSLAG purchased from Lexus of Kendall, located at 10943 South Dixie Highway, Miami, Florida, a 2004 Lexus GX 470, VIN #JTJBT20X740043682, for $51,418.59. DURCHSLAG paid for the Lexus GX 470 using check number 1545, drawn on his just opened SunTrust account number 1000016274945.

7.  On April 9, 2004, a representative of Lexus of Kendall presented to SunTrust Bank the personal check number 1545, made payable to Lexus of Kendall, from Robert A. DURCHSLAG, in the amount of $51,418.59. Lexus of Kendall exchanged this personal check for a SunTrust Official Bank Check number 0203909121, in the amount of $51,418.59. As a result,

Lexus of Kendall released the Lexus GX 470 Sports Utility Vehicle mentioned above to DURCHSLAG as a cash purchase.

8. DURCHSLAG also made two additional deposits into his Sun Trust Bank account --- on April 12, 2004, DURCHSLAG deposited a personal check for $75,000.00, and on April 13, 2004, DURCHSLAG deposited a personal check for $80,000.00. Both checks were drawn from the same Hibernia Bank account.

9. Subsequently, on April 14, 2004, Sun Trust Bank received notice from Hibernia National Bank, New Orleans, Louisiana that Robert DURCHSLAG's check for $65,000.00, deposited on April 8, 2004, was being returned for insufficient funds.

10. SunTrust Bank Fraud Investigator Mike Genduso has confirmed with a Hibernia National Bank Fraud Investigator that DURCHSLAG's account at Hibernia National Bank was closed on March 5, 2004 for insufficient funds.

11. Your affiant has obtained a copy of Florida Driver's License number D624-761-56-095-0, in the name of Robert A. DURCHSLAG, from the Florida Division of Motor Vehicles.

12. On May 25, 2004, your affiant interviewed Ed Kruszewski, an employee of Lexus of Kendall. Kruszewski was the salesperson that sold Robert A DURCHSLAG the 2004 Lexus GX 470 on April 8, 2004. Agents presented a photo spread to Kruszewski consisting of six photos, including a photo of Robert DURCHSLAG obtained from his Florida Driver's License. Kruszewski positively identified the photo of Robert DURCHSLAG as the individual who purchased the 2004 Lexus GX 470 (VIN#

JTJBT20X740043682).

13. On June 15, 2004, your affiant interviewed Jacqueline Sharpe, an employee of SunTrust Bank who received the deposit of personal check number 2679, in the amount of $65,000.00, from Robert A DURCHSLAG on April 8, 2004. Agents presented a photo spread to Sharpe consisting of six photos, including a photo of Robert DURCHSLAG obtained from his Florida Driver's License. Sharpe positively identified the photo of Robert DURCHSLAG as the individual who deposited check number 2679, in the amount of $65,000.00, on April 8, 2004.

14. Continuing on June 15, 2004, your affiant interviewed Barbara Williams, an employee of SunTrust Bank, who received subsequent deposits of personal checks in the amounts of $75,000.00 and $80,000.00 from Robert A DURCHSLAG on April 12, 2004, and April 13, 2004. Agents presented a photo spread to Williams consisting of six photos, including a photo of Robert DURCHSLAG obtained from his Florida Driver's License. Williams positively identified the photo of Robert DURCHSLAG as the individual who deposited personal checks in the amounts of $75,000.00 and $80,000.00 on April 12, 2004, and April 13, 2004.

15. Investigator Mike Genduso, SunTrust Bank has advised your affiant that SunTrust Bank has sustained a total loss to date of $76,084.98.

16. Based on the above information your affiant submits that there is probable cause to believe that Robert A. DURCHSLAG, from on or about January 12, 2004, through April 13, 2004, in Miami-Dade and Broward counties, in the Southern District of Florida, did knowingly and with the intent to defraud, execute a scheme or artifice to defraud a financial

institution, specifically a federally insured bank, and obtained moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of a financial institution, by means of false or fraudulent pretenses, representations, or promises; in violation of Title 18, United States Code, Section 1344.

FURTHER AFFIANT SAYETH NAUGHT.

BRAD CROOK, SPECIAL AGENT
U.S. SECRET SERVICE

Subscribed to and sworn to me
This ____ day of July, 2004.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-2829

UNITED STATES OF AMERICA

vs.

ROBERT ALLEN DURSCHLAG,
    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ___ Yes _x_ No

2. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ___ Yes _x_ No

3. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___ Yes _x_ No

4. Did this case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes _x_ No

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
MICHELLE R. KORVER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number : 0544231
99 N. E. 4th Street #600
Miami, Florida  33132-2111
TEL (305) 961-9392
FAX (305) 530-7976
E-MAIL: Michelle.Korver@usdoj.gov