AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of  Florida _____

UNITED STATES OF AMERICA

vs.

Robert Allen Durschlag,
Defendant.
_____ /

WARRANT FOR ARREST

Case Number: 04-2829-Turnoff

FILED by _____ D.C.
MAG. SEC.

JUL 12 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Robert Allen Durschlag_____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with  (brief description of offense)
Bank Fraud

in violation of ____18____ United States Code, Section(s) __1344__

WILLIAM C. TURNOFF
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

7/12/04  Miami, FL
Date and Location

Bail fixed at $  T.B.S.                by  WILLIAM C. TURNOFF
                                           Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __Robert Allen Durschlag__

__PTD__
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
MICHELLE R. KORVER
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): __Brad Crook, United States Secret Service__
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (CUSTOMS)   (__OTHER__)